IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WILLIAM NEWELL,<br><br>                Plaintiff,<br><br>against<br><br><br>CORRECTION OFFICER YATUKU,<br><br>                Defendant. | CIVIL ACTION NO.: 19 Civ. 8912 (GBD) (SLC)<br><br>**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the Letter-Motion at ECF No. 17.

The Plaintiff is hereby **ORDERED** to complete and return the medical releases to Defendant by no later than **January 9, 2020**.

The requested extension of time for Defendant to answer is **GRANTED**. Defendant shall answer or otherwise respond to the Complaint within 60 days of receiving Plaintiff's executed medical releases. Defendant shall notify the court by letter on ECF when the executed releases are received.

The requested adjournment of the initial case management conference previously set for January 2, 2020 is **GRANTED**. The Court will re-schedule the conference within 30 days of Defendant's response to the Complaint.

The Clerk of the Court is respectfully directed to close the Letter-Motion at ECF No. 17, terminate the initial case management conference, correct the spelling of Defendant's name to "**Yakubu**," and to mail a copy of this order to plaintiff at the below address.

Dated:    New York, New York
          December 12, 2019

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge

Mail To:  Daniel William Newell
          NYSID 13411129Z
          B&C No. 3491803878
          Anna M. Kross Correctional Facility
          18-18 Hazen Street
          East Elmhurst, NY 11370.