IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WILLIAM NEWELL,<br><br>                      Plaintiff,<br><br>against<br><br><br>CORRECTION OFFICER YATUKU,<br><br>                      Defendant. | CIVIL ACTION NO.: 19 Civ. 8912 (GBD) (SLC)<br><br>ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is aware that the attempted mailing of the Scheduling Order at ECF No. 18 was returned.

The Clerk of the Court is respectfully directed to re-mail a copy of ECF No. 18 to plaintiff at the below, updated address.

Dated:        New York, New York
               January 13, 2020

                                                      SO ORDERED

                                                      _____
                                                      SARAH L. CAVE
                                                      **United States Magistrate Judge**

Mail To:     Daniel William Newell
                  DIN: 19A4295
                  Downstate Correctional Facility
                  121 Red Schoolhouse Road
                  P.O. Box F
                  Fishkill, New York 12524