IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL WILLIAM NEWELL,<br><br>      Plaintiff,<br><br>against<br><br><br>CORRECTION OFFICER YATUKU,<br><br>      Defendant. | CIVIL ACTION NO.: 19 Civ. 8912 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the Second Letter-Motion to compel Plaintiff to produce properly executed medical releases. (ECF No. 20).

The Plaintiff is hereby **ORDERED** to complete and return the medical releases to Defendant by no later than **March 20, 2020**. Defendant shall answer or otherwise respond to the Complaint within 60 days of receiving Plaintiff's executed medical releases. Defendant shall notify the court by letter on ECF when the executed releases are obtained.

Plaintiff is put on notice that failure to provide the medical releases by the above date may result in dismissal of the case for failure to prosecute.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 20, to mail a copy of this Order to the Plaintiff at the below address, and to update the address on the docket to the below address.

Dated:   New York, New York
      February 20, 2020

                   SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail To:   Daniel William Newell
           DIN: 19A4295
           Downstate Correctional Facility
           121 Red Schoolhouse Road
           P.O. Box F
           Fishkill, New York 12524