IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DANIEL WILLIAM NEWELL,

    Plaintiff,

against

CORRECTION OFFICER YATUKU,

    Defendant.

CIVIL ACTION NO.: 19 Civ. 8912 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Plaintiff was ordered to complete and return the medical releases to Defendant by no later than March 20, 2020. By **March 31, 2020**, Defendant is directed file a letter on the docket informing the court whether the medical releases were received.

Dated:    New York, New York
           March 24, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Daniel William Newell
           DIN: 19A4295
           Downstate Correctional Facility
           121 Red Schoolhouse Road
           P.O. Box F
           Fishkill, New York 12524